[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED
MAR 10 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JAMES BARNES )
Plaintiff(s) )
)
)  Case Number:
v. )
) 22cv1286
) Judge Valderrama
) Mag. Judge Kim
Defendant(s )
Walmart

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, __JAMES BARNES__, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   **(NOTE: This item must be completed.)**
   DANIEL P. KISS   312-765-0100
   JARED KOSOGLAD   312 513-6000
   LERNER & ROWE    222-2222

   but I have been unable to find an attorney because:
   I HAVE NOT FOUND A ATTORNEY THAT WILL TAKE THE CASE

3. I declare that (check all that apply):
   *(Now:)*
   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| | ☐ | I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct. |
|---|---|---|
| | ☐ | I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status. |
| 5. | ☐ | I declare that my highest level of education is (check one): |

    ☐ Grammar school    ☒ Some high school    ☐ High school graduate
    ☐ Some college    ☐ College graduate    ☐ Post-graduate

| 6. | ☐ | I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.) |
|---|---|---|
| 7. | ☐ | I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.) |
| 8. | ☒ | I declare under penalty of perjury that the foregoing is true and correct. |

_James Barnes_
Signature of Movant

_8243 S Sangamon Apt #2_
Street Address

_3-10-22_
Date

_Chicago IL 60620_
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

Case Name: _N/A_    Case No.: _____
Attorney's Name: _N/A_    This case is still pending ☐ Yes ☐ No
The appointment was limited to settlement assistance: ☐ Yes ☐ No

Case Name: _N/A_    Case No.: _____
Attorney's Name: _N/A_    This case is still pending ☐ Yes ☐ No
The appointment was limited to settlement assistance: ☐ Yes ☐ No

Case Name: _N/A_    Case No.: _____
Attorney's Name: _N/A_    This case is still pending ☐ Yes ☐ No
The appointment was limited to settlement assistance: ☐ Yes ☐ No

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]